## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

PETER SASSANO

    VS                                                      CASE NO.  1:17-cv-00020-MW-GRJ

DANIELA MYLOT, et al

## JUDGMENT

Judgment is entered in favor of Plaintiff, Peter Sassano, against Defendants, Daniela Mylot and The Sandwich Depot Caf, Inc., jointly and severally, in the total sum of $9,763.72, which represents $9,440.00 in fees and costs plus $323.72 in overtime wages, and which shall bear interest at the rate prescribed by Florida Statue § 55.03, for which let execution issue.

                                                                                     JESSICA J. LYUBLANOVITS
                                                                                     CLERK OF COURT

June 12, 2017                        s/ KELLI MALU
DATE                                      Deputy Clerk: Kelli Malu