# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### GAINESVILLE DIVISION

PETER SASSANO,

    *Plaintiff*,

v.                                                    CASE NO. 1:17CV20-MW/GRJ

DANIELA MYLOT, AND THE
SANDWICH DEPOT CAFÉ, LLC,

    *Defendants.*

_____/

## ORDER REGARDING BANKRUPTCY STAY

Defendants have separately filed a Suggestion of Bankruptcy indicating that each has instituted a bankruptcy proceeding in the United States Bankruptcy Court for the Northern District of Florida. ECF No. 43 (The Sandwich Depot Café); ECF No. 42 (Daniela Mylot). Unless and until otherwise ordered, the effect of the bankruptcy filing will be to stay all proceedings in this action. This order recognizes the stay and establishes a mechanism by which this Court can be kept advised of the status of the bankruptcy proceeding. The filing requirements of this order are mandatory to the extent consistent with the automatic stay but are set

forth as a request to Defendants while the stay is in effect, in recognition that the stay may not allow mandatory requirements to be imposed on Defendants during its pendency.

Accordingly,

**IT IS ORDERED**:

1. Unless and until otherwise ordered, all proceedings in this case are **STAYED** under 11 U.S.C. §362.

2. Defendants must file a notice in this Court within 30 days after the occurrence of any event or condition terminating the automatic stay either explicitly or by operation of law.

3. Plaintiff must file a notice in this court within 30 days after the party or its attorney learns of the occurrence of any event or condition terminating the automatic stay either explicitly or by operation of law, provided, however, that if one such notice has been filed by any party, no party need file any additional notice.

4. Defendants are requested to file, and Plaintiff must file, by the last day of each October and April (commencing with October 2017) a status report indicating whether the bankruptcy proceeding remains pending and the automatic stay remains in effect, provided, however, that if one such status report has been filed by

any party for the period at issue, no party need file any additional status report.

**SO ORDERED on July 24, 2017.**

s/Mark E. Walker<br>**United States District Judge**