IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**PETER SASSANO,**

    **Plaintiff,**

v.                                          Case No. 1:17cv20-MW/GRJ

**DENIELA MYLOT and
THE SANDWICH DEPOT CAFÉ, LLC,**

    **Defendants.**

_____/

## ORDER DISMISSING CASE AND CLOSING FILE

In accordance with this Court's order of July 24, 2017, ECF No. 44, Plaintiff has filed his Notice stating he believes all bankruptcy proceedings have been terminated and this case may be closed in its entirety. ECF No. 46. Accordingly,

**IT IS ORDERED**:

This case is **dismissed**. The Clerk shall close the file.

**SO ORDERED on April 18, 2018.**

                                                 s/Mark E. Walker_____
                                                 **United States District Judge**